RECEIVED

MAY -9 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| ALLEN BRIDGET, SR. | CIVIL ACTION NO. 10-cv-1226 |
| LA. DOC #191215 | |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| WARDEN, C. PAUL PHELPS CORRECTIONS CENTER | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts because petitioner's claims are procedurally defaulted and the petition and exhibits annexed thereto clearly establish that petitioner is not entitled to federal *habeas corpus* relief.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 9 day of May 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE